

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 1 OF KAUFMAN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 19th day of June, 2015, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| LISA BEARD AND CASEY BEARD, Appellants | On Appeal from the County Court At Law No. 1, Kaufman County, Texas Trial Court Cause No. 86969CC. |
| No. 05-14-00396-CV     V. | Opinion delivered by Justice Evans. Justices Brown and Stoddart participating. |
| SHERRY ANDERSON, Appellee | |

was determined; and this Court made its order in these words:

     In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

     It is **ORDERED** that appellee SHERRY ANDERSON recover her costs of this appeal from appellants LISA BEARD AND CASEY BEARD.

     **WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

     **WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 31st day of August, 2015.



_____
LISA MATZ, Clerk